**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRANKLIN C. SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>VENGROFF, WILLIAMS & ASSOCIATES, INC.,<br><br>Defendant. | Civil Case Number: 08-2149 (PGS)<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY** stipulated and agreed between plaintiff, Franklin Smith and defendant, VENGROFF, WILLIAMS & ASSOCIATES, INC., that the above-captioned action be dismissed with prejudice as against defendant, VENGROFF, WILLIAMS & ASSOCIATES, INC., without an award of costs, disbursements or attorney fees to any party. The Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement of the parties.

Dated: May 9, 2008

_____
Joseph K. Jones, Esq. (JJ5309)
Attorney for Plaintiffs

_____
David L. King, J.D., Compliance Officer
VENGROFF, WILLIAMS & ASSOCIATES, INC.

**SO ORDER:**

_____